This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

    Plaintiff-Appellee,

v.                                **NO. A-1-CA-36541**

**ROBERT E. JOHNSON,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Fernando R. Macias, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Steven J. Forsberg, Assistant Public Defender
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Chief Judge.**

{1}    Defendant Robert E. Johnson appeals his convictions for two counts of possession of a controlled substance and one count of possession of marijuana, all

contrary to NMSA 1978, Section 30-31-23(A) (2011), [RP 89-92] pursuant to a conditional plea [RP 81-87] that reserved the right to appeal the denial of his motion to suppress [RP 82]. In response to Defendant's docketing statement, we proposed to affirm. Defendant has filed a memorandum in opposition (MIO). After due consideration, we are unpersuaded and therefore affirm.

{2} Defendant has not persuaded us in his MIO that there was an error of law or fact in our proposed disposition. Accordingly, for the reasons stated in our notice of proposed summary disposition and above, we affirm. *See Farmers, Inc. v. Dal Mach. & Fabricating, Inc.*, 1990-NMSC-100, ¶ 8, 111 N.M. 6, 800 P.2d 1063 (stating that our appellate courts presume that the trial court is correct and, accordingly, the burden is on the appellant to clearly demonstrate that the trial court erred); *Hennessy v. Duryea*, 1998-NMCA-036, ¶ 24, 124 N.M. 754, 955 P.2d 683 ("[I]n summary calendar cases, the burden is on the party opposing the proposed disposition to clearly point out errors in fact or law.").

{3} **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Chief Judge**

**WE CONCUR:**


_____
**J. MILES HANISEE, Judge**

2

_____

**JULIE J. VARGAS, Judge**